IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN BARRY CURTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08-cv-00787-RBP-PWG |
| ) | |
| SCOTT HASSELL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 25, 2008, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). On October 1, 2008, the plaintiff submitted correspondence which the court construed as objections to the report and recommendation and as a motion to amend the complaint. Therefore, on October 29, 2008, the plaintiff was advised that he may amend his complaint within twenty days and, if he did so, the amended complaint would be reviewed pursuant to 28 U.S.C. § 1915A and a supplemental report and recommendation entered thereafter. Although he has submitted additional correspondence (Doc. #14), the plaintiff has failed to file an amended complaint or submit any further objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the

opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this 6th day of February, 2009.

*Robert B. Propst*

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE